# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 14, 2015 |
| Court Reporter: Janet Coppock | Time: 45 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-9**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| Plaintiff, | |
| vs. | |
| **9. STEPHANIE CHRISTENSEN,** | Alaurice Tafoya-Modi |
| Defendant. | |

## SENTENCING

**11:01 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Pena in support of the Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance.

Page Two
14-CR-00169-PAB-9
August 14, 2015

Argument by Ms. Tafoya-Modi in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Pena in support of the Governments's Motion for A Variant Sentence and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance and Government's Motion for A Variant Sentence [Docket No. 660], is **GRANTED**.

**ORDERED:** Defendant's Motion for Variant Sentence [672], is **GRANTED in PART and DENIED in PART.**

Defendant entered her plea on **April 29, 2015** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be placed on probation for a period of   years.

**ORDERED: Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
14-CR-00169-PAB-9
August 14, 2015

**ORDERED:**   **Special Condition** of Probation are that:
- (**X**) Defendant shall be placed on home detention for a period of **3** months, to commence as directed by the probation officer.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (**X**) Defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic cannabinoids.
- (**X**) Defendant shall particiape in medical testing as directed by the probation office.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Regarding  Acceptance of Responsibility as to Stephanie Christenson, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, she is directed to consult with the plea agreement and her attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**11:46 a.m.**         **COURT IN RECESS**

**Total in court time:**     **45 minutes**

**Hearing concluded**